**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

AYOUB JUMA LUZIGA,

        *Petitioner*,

   v.                            Case No. 1:26cv1960 (LMB/IDD)

MARKWAYNE MULLIN, *et al.*,

        *Respondents*.

## ORDER

Upon consideration of Federal Respondents' Consent Motion for Enlargement of Time, the motion is GRANTED, and it is hereby

ORDERED that Federal Respondents shall respond to the petition on or before July 22, 2026; and it is further

ORDERED that Petitioner shall file any reply in support of his petition no later than seven days thereafter; and is further

ORDERED that this Court's Order to Show Cause issued on July 7, 2026 (Dkt. 2) applies to Petitioner in 1:26cv1960, Ayoub Juma Luziga.

ENTERED this 16th day of July 2026.

                                       _____/s/_____
                                       Ivan D. Davis
                                       United States Magistrate Judge